

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

December 15, 1972

Hon. J. C. Dingwall
State Highway Engineer
Texas Highway Department
Austin, Texas 78701

Opinion No. M-1281

Re: Whether an employee of the
Texas Highway Department
occupying one of the Line
Item positions covered by
Item 2 through 22 in the
current Appropriations Act
to that Department who re-
signs, or is dismissed or is
separated from State employ-
ment be paid for accumulated
vacation time out of either
Items 23, 24 or 26 of that
appropriation, and related
questions?

Dear Mr. Dingwall:

Your request for an opinion asks the following questions:

"1. Can an employee occupying one of the
Line Item positions covered by Item 2 through Item
22 in the current Highway Department Appropriation,
who resigns, is dismissed, or is separated from
State employment, be paid for accumulated vacation
time at the time of separation, out of funds appro-
priated in Item 23 or 24 or 26?

"2. Can a Line Item position which is vacated,
as described above, be filled on the following day
at the salary for the particular Line Item?"

Items 2 through 22 of the appropriation to the Texas
Highway Department contained in the current General Appropriations
Act are line item appropriations for salaries of employees of the
Texas Highway Department.

Items 23, 24 and 26 read as follows:

"For the Year Ending
August 31,
1973

"23. Salaries of Classified
Positions, estimated to be      92,898,207

"24. Hourly Wages and Professional
Fees and Services, estimated
to be                                60,839,035

"26. For all other operating ex-
penses involved in establish-
ing, planning, constructing,
and maintaining a system of
State Highways as contemplated
and set forth in Chapter I,
Title 116, Revised Civil
Statutes of Texas, 1925, and
Chapter 186, General Laws,
Thirty-ninth Legislature,
Regular Session, and amendments
thereto, to pay refunds au-
thorized by law, and to pay
court costs in suits involving
the Highway Department,
estimated to be                 527,390,091"

It was held in Attorney General's Opinion M-1252 (1972)
that employees for whom line item appropriations are made may be
paid for accumulated vacation time from other salary funds.  This
holding was reiterated in Attorney General's Opinions M-1279 (1972)
and M-1280 (1972).

Item 2 provides for the salary of the State Highway
Engineer, and Items 3 through 22 provide for the salaries of
various other engineers and departmental directors.  The occupants
of all of the positions provided for in Items 2 through 22 are
employees, not officers.  Dunbar v. Brazoria County, 224 S.W.2d
738 (Tex.Civ.App. 1950, error ref.).

Items 23 and 24 are appropriations from other salary
funds.  Item 26 is not an item of appropriation for salaries.

You are accordingly advised in answer to your first
question that an employee occupying one of the line item positions

covered by Item 2 through Item 22 of the appropriation to the Highway Department in the current General Appropriations Act may be paid for accumulated vacation time at the time of separation out of funds appropriated in Item 23 or Item 24.  In answer to your second question, you are advised that where a line item position is vacated, such position may be filled on the following day at the salary provided for in the particular line item appropriation.

### S U M M A R Y

An employee occupying a line item position covered by Item 2 through Item 22 of the appropriation to the Texas Highway Department may be paid for accumulated vacation time at the time of separation out of funds appropriated in Items 23 or 24 of the appropriation to the Highway Department.  Where a line item position is vacated, such position may be filled the following day at the salary for the particular line item appropriation.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

W. E. Allen, Chairman
Bob Flowers
J. C. Davis
Marvin Sentell
Bob Gauss
John Grace

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant